FILED

07/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0070

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 19-0070

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ARTHUR RAY PEOPLES,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Supplement the Record is GRANTED. The March 16, 2018 body camera video from Officer Alexis Berger of the Missoula Police Department shall be placed in the file of this Court for this cause.

Dated this 1st day of July, 2021.

_____
Chief Justice